[No. 28122-4-I.   Division One.   August 23, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS EUGENE LEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-07403-6, Carmen Otero, J., entered April 2, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 29813-5-I.   Division One.   August 23, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH W. TREPANIER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-01261-4, Paul D. Hansen, J., entered December 13, 1991. *Affirmed* by unpublished per curiam opinion. Now published at 71 Wn. App. 372.

[No. 28354-5-I.   Division One.   August 23, 1993.]

JACK T. CHAMPION, ET AL, *Plaintiffs*, v. MICHAEL R. MASTRO, ET AL, *Defendants*.

MICHAEL R. MASTRO, *Individually and as Personal Representative, Appellant*, v. PORT WASHINGTON PROPERTIES, INC., *Defendant*, JACK T. CHAMPION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 87-2-18271-1, Norman W. Quinn, J., entered March 29, 1991. *Affirmed in part* and *remanded* by unpublished opinion per Scholfield, J., concurred in by Webster, C.J., and Sweeney, J.